```
McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740
```

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BLACK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. 2:06-CV-2199-DFL-DAD<br><br>STIPULATION FOR DISMISSAL;<br>ORDER OF DISMISSAL |

　　　Pursuant to the terms of a written Settlement Agreement, and pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that the complaint in this action be dismissed with prejudice, with the parties bearing their own fees and costs.

```
DATED: February 20, 2007        McGREGOR W. SCOTT
                                United States Attorney



                          By:     /s/ John F. Gisla
                                JOHN F. GISLA
                                Assistant United States Attorney
                                Attorneys for the United States
```

1

```
 1  DATED: February 8, 2007         GOODMAN, ALLEN & FILETTI
 2
 3                                  By:   /s/ Richard H. Gasperini
                                          RICHARD H. GASPERINI
 4                                        Attorneys for Plaintiff
 5
 6
                                    ORDER OF DISMISSAL
 7
       Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), this
 8
    action is dismissed with prejudice.
 9
    DATED: 02/27/2007
10                                          /s/ David F. Levi
                                            DAVID F. LEVI
11                                          CHIEF U.S. DISTRICT JUDGE
```